**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DERRICK MUCHISON, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-7327 |
| | : | |
| DAYWANE JACKSON, | : | |
| *Defendant.* | : | |

**ORDER**

AND NOW, this 1st day of June, 2026, upon consideration of Plaintiff Derrick

Muchison's *pro se* Motions to Proceed *In Forma Pauperis* (Dkt. Nos. 13, 14) and

Complaint (Dkt. No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §

1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons stated in the Court's

Memorandum, as follows:

   a. All claims asserted under the Pennsylvania Constitution are

      **DISMISSED WITH PREJUDICE** for failure to state a claim

      pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b. All remaining state law claims are **DISMISSED WITHOUT**

      **PREJUDICE** for lack of subject matter jurisdiction

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**